# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Val Taloff, | **JUDGMENT OF DISMISSAL** |
|     Plaintiff, | **IN A CIVIL CASE** |
| v. | CV 13-2213-PHX-NVW |
| Albertson's LLC, et al., | |
|     Defendant(s). | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated May 13, 2014, judgment is entered and this action is remanded for Administrative Review. This action is dismissed without prejudice.

                                                                            Brian D. Karth
                                                                            District Court Executive/Clerk

May 13, 2014

                                                                            s/Kathy Gerchar
                                                                            By: Deputy Clerk

cc: (all counsel)